

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: §
CHRISTOPHER ROBERT WEAST § NO. 4:19-MC-007-a
 §

ORDER

On January 18, 2019, a person purporting to act on behalf of Christopher Robert Weast ("Weast") delivered to the clerk for filing as a miscellaneous proceeding 51 pages of material. As requested, the clerk filed that material, opening this miscellaneous action. The material filed is utterly incomprehensible and appears to serve no legitimate purpose. The court finds that the material should not have been filed and, further, that Weast should not be allowed to file any further documents without leave of court.

The court ORDERS that the material filed on January 18, 2019, be, and is hereby, unfiled and stricken from the record, and the above-captioned proceeding be, and is hereby, closed and finally terminated.

The court directs the clerk not to file any further material sent by or on behalf of Weast without leave of court.

SIGNED January 22, 2019.

_____
JOHN McBRYDE
United States District Judge