Case 4:19-mc-00007-A Document 5 Filed 02/21/19 Page 1 of 2 PageID 38

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2019  11:41 am
CLERK, U.S. DISTRICT COURT
By_____ Deputy

February 10, 2019

Christopher Robert Weast
Federal Correctional Institution
1640 Sky View Drive
Bruceton Mills, West Virginia 26525

Karen Mitchell
district court of the United States of America
501 West Tenth Street
Fort Worth, Texas 76102

This letter is being sent to your office to effect a notice of appeal on miscellaneous case number 4:19-mc-00007-A. If there are any fees which are associated with this notice of appeal, please instruct Plaintiff how to make his payment in lawful money of the United States of America or waive all such fees associated with this appeal. Plaintiff is appealing the decision by JOHN MCBRYDE wherein he ordered Plaintiff's fifty one page bill striken from the record. Thank you for your time and consideration.

February 10, 2019                    Christopher Robert Weast
Date                                 Plaintiff



PITTSBURGH PA 150

12 FEB 2019 PM 5 L

FCC Hazelton
Hazelton, WV

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer has raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information of clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2019 FEB 21  AM 11:41

DEPUTY CLERK_____

Christopher Robert Weast
47797177
c/o temporary post location
Federal Correctional Institution Hazelton
1640 Sky View Drive
Bruceton Mills, West Virginia 26525

Karen Mitchell
district court of the United States
501 West Tenth Street
Fort Worth, Texas 76102

Special Mail