ORIGINAL  Case 4:19-mc-00007-A   Document 6   Filed 04/29/19   Page 1 of 2   PageID 60

RECEIVED
APR 29 2019
1:41 pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF

LETTER ROGATORY

To:   JOHN McBRYDE, U.S. District Judge
      In Chambers / In Camera
      UNITED STATES DISTRICT COURT
      501 West Tenth Street
      Fort Worth, Texas 76102

      district court of the United States of America No: 19423-1194

From: Christopher Robert: Weast
      Hallvale Drive.
      Tarrant, the county.
      Fort Worth, the city.
      Republic of Texas, the republic.
      without the United States.

In the District Court of the United States of America
Original Jurisdiction, Original Venue, Original Law Form
Private Side in Plenary Equity / In Camera
Case 1:19-mc-0007-A

Order

Under, and out of, the authority of absolute necessity and in consideration of the fact that the UNITED STATES DISTRICT COURT is a court of limited jurisdiction which means the United States Congress has conferred jurisdiction to the UNITED STATES DISTRICT COURT through a statute or cases involving an agency of the UNITED STATES; and the fact that the UNITED STATES DISTRICT COURT is an inferior court with regards to the jurisdiction of this District Court of the United States of America it is hereby ordered that JOHN McBRYDE, U.S. District Judge in the UNITED STATES DISTRICT COURT shall acknowledge the jurisdiction and authority of this District Court of the United States of America; and

It is further ordered that JOHN McBRYDE, U.S. District Judge shall execute the (51) fifty-one page foreign judgment which was delivered to the UNITED STATES DISTRICT COURT on January 18, 2019 by means of personal service on the CLERK OF COURT in the same; by transferring the foreign judgment to the United States District Court in the District of Columbia for execution, on demand in accordance with this court's original intent; and

It is further ordered that JOHN McBRYDE, U.S District Judge, shall take notice and acknowledge that the (51) fifty-one page foreign judgment was filed ex parte and shall be treated as such by the UNITED STATES DISTRICT COURT; and

