ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 30 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:19- MC-007-A

No. 19-10218

CHRISTOPHER ROBERT WEAST,

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,

    Defendant - Appellee

A True Copy
Certified order issued Apr 30, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Northern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of April 30, 2019, for want of prosecution. The appellant failed to timely pay the docketing fee.

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

ORIGINAL

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 30, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-10218    Christopher Weast v. USA
                       USDC No. 4:19-MC-7 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

cc w/encl:
    Mr. James Wesley Hendrix
    Mr. Christopher Robert Weast